B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  MICHAEL EUGENE MCRAE                    ,        Case No.  22-00935-JAW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Freedom Mortgage Corporation
Name of Transferee

Wells Fargo Bank, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent: Freedom Mortgage Corporation
Bankruptcy Department
11988 EXIT 5 PKWY, BLDG 4
Fishers, IN 46037-7939

Phone: 855-690-5900
Last Four Digits of Acct #: 1428

Court Claim # (if known): 9-1
Amount of Claim: $98,454.29
Date Claim Filed: 06/20/22

Phone: 800-274-7025
Last Four Digits of Acct. #: 0506

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ReShaundra M. Suggs              Date:____08/11/2026_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.