United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                              Case No. 22-00935-JAW

MICHAEL EUGENE MCRAE                                                Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                         User: mssbad                              Page 1 of 2

Date Rcvd: Aug 11, 2026                       Form ID: n001                         Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MICHAEL EUGENE MCRAE, 5115 Sedgewick Dr, Jackson, MS 39211-4808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5708120 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 11 2026 19:45:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Pkwy. Bldg 4, Fishers IN 46037-8022 |
| 5106757 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 11 2026 19:43:42 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor Wells Fargo Bank  N.A. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Jennifer A Curry Calvillo | on behalf of Debtor MICHAEL EUGENE MCRAE jennifer@therollinsfirm.com |

District/off: 0538-3                          User: mssbad                          Page 2 of 2
Date Rcvd: Aug 11, 2026                       Form ID: n001                         Total Noticed: 3

jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor MICHAEL EUGENE MCRAE trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 5

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** MICHAEL EUGENE MCRAE

**Case No.:** 22−00935−JAW

**Chapter** 13

**To:** Assignee/Transferee

Freedom Mortgage Corporation
Bankruptcy Department
11988 Exit 5 Pkwy. Bldg 4
Fishers IN 46037−7939

**To:** Assignor/Transferor

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286−01Y
P.O. Box 1629
Minneapolis, MN 55440−9790

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Wells Fargo Bank, N.A. has assigned/transferred its claim in the amount of $98,454.29 to Freedom Mortgage Corporation.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **September 1, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: August 11, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600